B18 (Official Form 18)(12/07)

**United States Bankruptcy Court**
**Central District Of California**

3420 Twelfth Street, Riverside, CA 92501−3819

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Jeremy J. Hart
aka Jeremy Jason Hart

**BANKRUPTCY NO.** 6:10−bk−20716−EC

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7658
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 8/4/10

**JOINT DEBTOR INFORMATION:**
Holly B. Hart
aka Holly Beth Hart

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7748
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 8/4/10

**Address:**
76888 Oklahoma Avenue
Palm Desert, CA 92211

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: August 4, 2010

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

15 − 7 / YG1

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-6           User: ygoochC              Page 1 of 1            Date Rcvd: Aug 04, 2010
Case: 10-20716                 Form ID: b18               Total Noticed: 10

The following entities were noticed by first class mail on Aug 06, 2010.
db/jdb        +Jeremy J. Hart,   Holly B. Hart,   76888 Oklahoma Avenue,   Palm Desert, CA 92211-7706
smg            Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
                Sacramento, CA 94280-0001
cr             Litton Loan Servicing, LP,   POB 829009,   Dallas, TX 75382-9009
26130822      +Litton Loan Servicing,   Attention: Bankruptcy,   4828 Loop Central Drive,
                Houston, TX 77081-2212
The following entities were noticed by electronic transmission on Aug 05, 2010.
smg            EDI: CALTAX.COM Aug 04 2010 22:48:00     Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
                Sacramento, CA 95812-2952
26130820       EDI: CHRYSLER.COM Aug 04 2010 22:48:00     Chrysler Financial,   Po Box 8065,
                Royal Oak, MI 48068
26130819      +EDI: CAPITALONE.COM Aug 04 2010 22:48:00     Cap One,   Po Box 85520,   Richmond, VA 23285-5520
26130821      +EDI: HFC.COM Aug 04 2010 22:38:00     Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,
                Carol Stream, IL 60197-5213
26130823      +EDI: AISTMBL.COM Aug 04 2010 22:38:00     T-Mobile,   P.O. Box 51843,
                Los Angeles, CA 90051-6143
26130824      +EDI: WFFC.COM Aug 04 2010 22:43:00     Wells Fargo,   711 West Broadway,   Tempe, AZ 85282-1218
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Chrysler Financial Services Americas, LLC
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 06, 2010**            **Signature:** *Joseph Speetjens*